# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| HAZEL RICHARDSON, the Administrator of the Estate of her son Mr. Rickie Allen Goldware on her behalf and on behalf of her deceased son,<br><br>　　Plaintiff(s),<br><br>v.<br><br>THE STATE OF NEW JERSEY, et al,<br><br>　　Defendant(s). | Civil Action No.: 09-1383 (JLL)<br><br><br>**O R D E R** |

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this 9th day of DECEMBER, 2009;**

**ORDERED**, that this action be and hereby is dismissed, without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Jose L. Linares
　　　　　　　　　　　　　　　　　　　　　　　　JOSE L. LINARES, U.S.D.J.